DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL NAVIDAD-SANTIYANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-0052  LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| MANUEL NAVIDAD-SANTIYANES ) | JUDGE: Lawrence K. Karlton |
| Defendant. ) | |

This matter came on for status hearing on March 20, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Kyle Reardon appeared on behalf of the United States of America..  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Navidad-Santiyanes, who was present and in custody and utilizing the services of the spanish language interpreter.

Both parties requested additional time for investigation, review of discovery and to prepare a defense of the case.  The parties agreed to a further status hearing date of April 10, 2007.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from March 20, 2007, up until and including April 10, 2007.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to April 10, 2007, at 9:30 a.m. for status hearing.

Order After Hearing

1   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
(iv) and Local Code T4, the period from March 20, 2007, up to and including April 10, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: April 6, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                               2