1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MANUEL NAVIDAD-SANTIYANES
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )   CASE NO. CR-S-07-0052  LKK
10                                     )
                   Plaintiff,          )
11                                     )   **ORDER AFTER HEARING**
          v.                           )
12                                     )
   MANUEL NAVIDAD-SANTIYANES           )   JUDGE: Lawrence K. Karlton
13                                     )
                                       )
14                 Defendant.          )
   _____

15
          This matter came on for status hearing on April 10, 2007, in the courtroom of the Honorable
16
   Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Kyle Reardon appeared on behalf
17
   of the United States of America..  Assistant Federal Defender Lexi Negin appeared on behalf of
18
   Defendant Navidad-Santiyanes, who was present and in custody and utilizing the services of the spanish
19
   language interpreter.
20
          Mr. Navidad-Santiyanes requested new counsel and the Court granted the defendant's request.
21
   The Court continued the case for status and ascertainment of new counsel on April 17, 2007.  The Court
22
   ordered the Office of the Federal Defender to assign new counsel from the CJA panel to represent the
23
   defendant.
24
          Due to the request for new counsel, the parties agreed to exclude time from calculation under the
25
   Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code
26
   T4, for preparation of counsel, from April 10, 2007, up until and including April 17, 2007.
27

28  Order After Hearing

1    Good cause appearing therefor,

2    IT IS ORDERED that this matter is continued to April 17, 2007, at 9:30 a.m. for status hearing and

3    to ascertain new counsel for Mr. Navidad-Santinyanes.

4    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

5    (iv) and Local Code T4, the period from April 10, 2007, up to and including April 17, 2007, is excluded

6    from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

7    Dated: April 12, 2007

8

9

10

11    LAWRENCE K. KARLTON

12    SENIOR JUDGE
      UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                    2