DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MANUEL NAVIDAD-SANTIYANES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-0052  LKK |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| MANUEL NAVIDAD-SANTIYANES | ) | |
| Defendant. | ) | |

At a status hearing on April 10, 2007, the Court granted the defendant's request for new counsel. The Office of the Federal Defender was ordered to obtain new counsel for the defendant from the CJA panel.  Mr. Gilbert Roque, is available for appointment in the case, but cannot be present on the current status date of April 17, 2007.  The attorneys for the parties have conferred and agree that additional time is needed for the appointment of new counsel for the defendant.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 17, 2007, be continued until April 24, 2007.  In addition, the parties stipulate that the time period from April 17, 2007, to April 24, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide new counsel for theh defendant and for the new defense counsel to have reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 12, 2007

1

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 /s/Lexi Negin for Kyle Reardon        /s/ Lexi Negin
KYLE REARDON                                LEXI NEGIN
Assistant U.S. Attorney                      Assistant Federal Defender
Attorney for United States                 Attorney for Manuel Navidad-Santiyanes

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-0052 LKK |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| MANUEL NAVIDAD-SANTIYANES ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on April 12, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for April 17, 2007, be continued until Tuesday, April 24, 2007, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 12, 2007 stipulation, the time under the Speedy Trial Act is excluded from April 17, 2007, through April 24, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide new defense counsel with the reasonable time to come in to the case and to prepare for status.

Dated: April 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3