McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-07-052 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| MANUEL NAVIDAD-SANTIYANES, ) | |
| ) | |
| Defendants. ) | Hon. Lawrence K. Karlton |

At the request of the parties, the Court continued the status conference set for April 24, 2007, to May 8, 2007. The parties agree and stipulate that the time beginning April 24, 2007, and extending through May 8, 2007, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that the counsel for each party may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

In particular, Mr. Gilbert Roque was recently assigned to serve as counsel for the defendant and will need time to become

1

familiar with the case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated:  April 24, 2007         By: /s/ Michael M. Beckwith
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney

Dated:  April 24, 2007         By: /s/ Gilbert Roque
                                              GILBERT ROQUE
                                              Attorney for defendant

**ORDER**

    The status conference in case number CR. S-07-052 LKK, currently set for April 24, 2007, is continued to May 8, 2007, and the time beginning April 24, 2007, and extending through May 8, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: April 27, 2007                /s/ Lawrence K. Karlton
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT